```
                                    U.S. DISTRICT COURT
                                    DISTRICT OF N.H.
                                         FILED

                                    2005 OCT 11  P 2:05
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Eric R. Searles</u>

       v.                           Civil No. 02-cv-360-SM

<u>Superintendent, Hillsborough County Jail, et al</u>

## ORDER

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 7, 2005, for the reasons stated therein. The petitioner's motion for injunctive relief is denied.

SO ORDERED.

October 11, 2005

                                               Steven J. McAuliffe
                                               Chief Judge

cc:    Eric R. Searles, pro se
        Carolyn M. Kirby, Esq.
        John A. Curran, Esq.