```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Eric Searles

    v.                              02-cv-360-SM

Superintendent, Hillsborough County Jail, et al


ORDER

    Ruling: The Clerk of Court advises that this court's order dated December 8, 2006 has been returned as undeliverable from two different addresses of record on file for plaintiff. Accordingly, it appears plaintiff is and will remain unaware of the order. Plaintiff's complaint is dismissed for failure to prosecute and failure to keep the court informed of his current address as required, subject to reinstatement should he happen to learn of the December 8th order and file a response by January 19, 2007, as required.  So Ordered.

                                             Steven J. McAuliffe
                                             Chief District Judge

Date:  December 20, 2006

cc:  Eric Searles, pro se
      PO Box 602, Milford, NH  03055; also mailed
      to HCDOC, 445 Willow Street, Manchester, NH  03103
    Carolyn M. Kirby, Esq.
    John H. Curran, Esq.
    Elizabeth L. Hurley, Esq.
    Michael A. Ricker, Esq.